254 U.S. 280
 41 S.Ct. 146
 65 L.Ed. 270
 The STATE OF OKLAHOMA, complainant,
v.
The STATE OF TEXAS.
 No. 23, original.
 Supreme Court of the United States
 December 6, 1920
 
 1
 Mr. S. P. Freeling, of Oklahoma City, Okl., for State of Oklahoma.
 
 
 2
 Messrs. C. W. Taylor, of Austin, Tex., and Orville Bullington and A. H. Carrigan, both of Wichita Falls, Tex., for State of Texas.
 
 
 3
 Order. The receiver is hereby authorized and directed to make the following payments and to charge the same as expenses of the receivership: To Nagel & Kirby the sum of seven thousand five hundred dollars as compensation for services heretofore rendered by them as counsel and attorneys for the receiver; to McKenney & Flannery the sum of fifteen thousand dollars on account of services rendered by them as attorneys for the receiver; and to Frederic A. Delano the sum of twenty-five thousand dollars on account of his services as receiver.